UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE DEBARDELABEN,

       Plaintiff,

                          Case No. 2:11-cv-439

v.

                          HONORABLE PAUL L. MALONEY

HEIDI SWAJANEN, et al.,

       Defendants,

_____/

## **JUDGMENT**

       This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on all issues in favor of defendants and against the plaintiff.

       **IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendants and against plaintiff pursuant to the Verdict Form completed by the jury.

Date:  April 9, 2014                   /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District