UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE DEBARDELABEN,

        Plaintiff,

Case No.: 2:11-cv-439

v.

HONORABLE PAUL L. MALONEY

HEIDI SWAJANEN et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 86). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Court finds the plaintiff's appeal is frivolous, and that any appeal in this case is not taken in good faith. Therefore, plaintiff's motion for reconsideration on production of trial records for appeal (ECF No. 84) is **DENIED**.

Dated: October 8, 2014

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge